**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Anthony M. Ontiveros, SBN 152758**
**608 University Avenue**
**Sacramento, CA 95825**
**Telephone: (916) 924-3100**
**Fax:   (916) 924-1829**

**Attorney for Plaintiffs,**
**PATRICIA WALKER, individually; PATRICIA WALKER,**
**as Guardian Ad Litem for LINDSAY WALKER and**
**ASHLEY WALKER minors; PATRICIA WALKER,**
**as Successor-In-Interest to FREDRICK WALKER, II, JANELLE WALKER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA WALKER, individually; PATRICIA WALKER, as Guardian Ad Litem for LINDSAY WALKER and ASHLEY WALKER minors; and PATRICIA WALKER, as Successor-In-Interest to FREDRICK WALKER, II, JANELLE WALKER,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**FMC TECHNOLOGIES, FMC FoodTech, FRIGOSCANDIA, and DOES 1 through 50, inclusive,**<br><br>    Defendants. | No.   CIV-S-03-1152 FCD/DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between all parties to this action through their designated counsel of record that this entire action be and hereby is dismissed with prejudice with each party bearing its own attorneys' fees, litigation costs, and expenses.  This stipulated dismissal includes all the claims asserted by plaintiffs and the intervention filed by the intervener.

/ / /

/ / /

/ / /

1

Dated:                                      CLAYEO C. ARNOLD
                                           A Professional Law Corporation

                                     By:_____
                                               ANTHONY M. ONTIVEROS
                                               Attorney for Plaintiff

Dated:                                      RICHARD M. SIMSES
                                           ABBOTT, SIMSES & KUCHLER

                                     By:_____
                                               JON VICKLUND
                                               Attorney for Defendant

Dated:                                      DAVID A. LEVY, ESQ.
                                           LAW OFFICES OF DAVID LEVY

                                     By:_____
                                               DAVID A. LEVY
                                               Attorney for Intervener

## **ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice as to all claims asserted by plaintiffs and intervener.


**DATED: March 28, 2006**                    /s/ Frank C. Damrell Jr.

                                         **FRANK C. DAMRELL, JR.**
                                         **United States District Judge**